CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Roanoke
AUG - 7 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| LARRY DOTSON, | ) | |
|     Petitioner, | ) | Civil Action No. 7:06-cv-00458 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LARRY W. JARVIS | ) | By: Hon. Jackson L. Kiser |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

## ORDERED

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 7th day of August, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge